# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Travis Scott Eisenegger**<br>DOB: 1989; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-06267MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about October 11, 2023, in the District of Arizona, **Travis Scott Eisenegger**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Nicolas Gomez-Lopez and Jose Nivardo Solano-Zeferino, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On October 11, 2023, in the District of Arizona (Sells), at approximately 9:50 a.m., Border Patrol Agents (BPAs) received a call for assistance on a vehicle stop from a Tohono O'odham Police Department (TOPD) Officer near mile marker 123 on State Route (SR) 86. BPAs responded to the vehicle stop and arrived on scene at approximately 10:26 a.m. where they were informed by the TOPD Officer that he stopped the vehicle, a tan 2008 Ford F-150, due to no current registration. The TOPD Officer identified the driver as **Travis Scott EISENEGGER** and identified two passengers found in the vehicle. BPAs conducted an immigration inspection on the two passengers and determined both passengers, to include Nicolas Gomez-Lopez and Jose Nivardo Solano-Zeferino, were citizens of Mexico, illegally present in the United States. Records checks revealed that Nicolas Gomez-Lopez and Jose Nivardo Solano-Zeferino do not possess the proper documentation to enter, pass through or remain in the United States legally. As BPAs transported **EISENEGGER** to the Tucson Coordination Center, **EISENEGGER** claimed he was not feeling well. BPAs questioned **EISENEGGER** and discovered that he had swallowed fentanyl pills upon being pulled over by TOPD. BPAs then activated their emergency lights and sirens and transported **EISENEGGER** to the fire station located at the intersection of SR 86 and Sandario Road. At the fire station it was determined **EISENEGGER** was in need of a higher level of medical care, and he was then transported to Banner University Medical Center-South via ambulance where he was then treated and released.

Material witness Nicolas Gomez-Lopez stated he is a citizen of Mexico, and he was going to pay 100,000 Mexican Pesos to be smuggled into the United States. Gomez stated he illegally crossed into the United States with one other subject and they walked through the desert for three to four days. Gomez stated he was guided via cellphone to an unknown location near a highway where he waited in the brush for several hours. Gomez stated a red pickup truck arrived near his location and the driver told him to get into the truck. Gomez stated he was going to pay the driver upon arriving at his destination.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Nicolas Gomez-Lopez and Jose Nivardo Solano-Zeferino

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature] Lynnette C. Kimmins* | DATE<br>October 12, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Jose Nivardo Solano-Zeferino stated he is a citizen of Mexico, and he was going to pay $8,000 to be smuggled into the United States. Solano stated he illegally crossed into the United States with one other subject and they walked through the desert for three to four days. Solano stated they were guided by an unknown person who guided them to an unknown location near a highway where they waited in the brush for seven hours. Solano stated a brown pickup truck arrived near their location and the driver told him to get into the truck.

GARY M. RESTAINO
United States Attorney
District of Arizona
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Travis Scott Eisenegger,<br><br>　　　　　Defendant. | Magistrate Judge's Case No.<br><br>23-06267MJ<br><br>AFFIDAVIT FOR DETENTION OF<br>MATERIAL WITNESS |

　　　　Pedro Leon_____ on oath, deposes and states:
　　　　(Name of Affiant)

　　　　1.　　I am a Border Patrol Agent of the United States Border Patrol, Department of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

　　　　2.　　A criminal complaint in this matter has been filed charging that **Travis Scott Eisenegger** did knowingly transport certain illegal aliens, including Nicolas Gomez-Lopez and Jose Nivardo Solano-Zeferino, hereinafter called the "witnesses," in the United States, knowing or in reckless disregard of the fact that the witnesses had come to, entered, or remained in the United States in violation of law.

　　　　3.　　The said witnesses have testimony to give in said matter of a material nature in that the witnesses illegally entered the United States and the defendant did transport in the United States in any manner whatsoever, said witnesses, regardless of any official action which may later be taken with respect to such witnesses which is a violation of law.

　　　　4.　　The above witnesses are citizens and residents of Mexico who entered the United States illegally and who would return to Mexico to reside if released in the proceeding.

2

5. Because of the above, the presence of the witnesses in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named aliens be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142.

*[signature]*
Pedro Leon
Border Patrol Agent
U.S. Border Patrol
Tucson, Arizona
Sworn by telephone this October 12, 2023.

*[signature]*
United States Magistrate Judge

2